1  LAWRENCE BORYS (SBN 60625)
   ALAN J. HART (SBN 278645)
2  **ROPERS, MAJESKI, KOHN & BENTLEY**
   445 South Figueroa Street, Suite 3000
3  Los Angeles, California 90071-1619
   Telephone:  (213) 312-2000
4  Facsimile:  (213) 312-2001
   Email:      lawrence.borys@rmkb.com
5  Email:      alan.hart@rmkb.com

6  Attorneys for Defendants
   CORVEL CORPORATION
7  and CORVEL ENTERPRISE COMP, INC.

8
   **McELROY, DEUTSCH,**
9  **MULVANEY & CARPENTER, LLP**
   Richard S. Mills
10 Email: rmills@mdmc-law.com
   225 Liberty Street, 36th Floor
11 New York, New York 10281
   Telephone: (212) 483-9490
12 Facsimile: (212) 483-9129

13 Attorneys for Plaintiff
   ST. PAUL MERCURY INSURANCE COMPANY
14

15                    **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

17

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>CORVEL CORPORATION, a Delaware corporation, CORVEL ENTERPRISE COMP, INC., a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No.  8:17-cv-01311-JAK-JPR<br><br>*Hon. John A. Kronstadt*<br>*Courtroom 10B – First Street Courthouse*<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>*Fed. R. Civ. P. 41(a)(1)(A)* |

26 / / /
27 / / /
28

4821-7473-8057.1                         - 1 -           STIPULATION TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("Plaintiff") and Defendants CORVEL CORPORATION and CORVEL ENTERPRISE COMP, INC. (collectively, "Defendants"), by and through their respective counsels of record, that:

- The above-captioned action (the "Action") has been resolved by a confidential settlement agreement;
- The Court is respectfully requested to retain jurisdiction to enforce this settlement agreement;
- Once said jurisdiction is reserved and retained by the Court, that the Action shall be, and hereby is, subsequently dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A); and
- Each side is to bear its own costs and fees, except as may otherwise be provided in the settlement agreement between the parties.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: April 5, 2019

_____
Richard S. Mills
McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Plaintiff*

_____
Lawrence Borys
Alan J. Hart
Ropers Majeski Kohn & Bentley PC
*Attorneys for Defendants*