# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORVEL CORPORATION, a Delaware corporation, CORVEL ENTERPRISE COMP, INC., a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 8:17-cv-01311-JAK-JPR<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

Having reviewed and approved the parties' Stipulation to Dismiss with Prejudice, and finding good cause,

IT IS HEREBY ORDERED that the Stipulation is **APPROVED**. All parties shall comply with the terms of the parties' settlement agreement. Pursuant to this settlement agreement, the Stipulation to Dismiss with Prejudice, and pursuant to the court's own inherent powers, Fed. R. Civ. P. 41(a)(1)(A), the Court hereby retains jurisdiction to enforce the parties' settlement agreement. Any breach of the settlement agreement would be a violation of this Court's orders, and the Court will continue to exercise and has ancillary jurisdiction to enforce the said settlement agreement.

Having now reserved and retained jurisdiction over the settlement agreement and its enforcement, the court subsequently grants the Stipulation to Dismiss with Prejudice the operative complaint. This Action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs, except as may otherwise be provided in the settlement agreement between the parties.

IT IS SO ORDERED.

Dated: April 17, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE